IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMIA CAIN THOMAS, | ) | CASE NO. 1:19 CV 01576 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| vs. | ) ) | |
| UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, | ) ) ) | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) | |

NOW COME Plaintiff Jamia Cain Thomas, Attorney Donyetta Bailey and Defendant University Hospitals Cleveland Medical Center ("University Hospitals") and jointly stipulate that:

(1) Plaintiff hereby voluntarily dismisses, with prejudice, all of her claims against University Hospitals; and

(2) University Hospitals hereby withdraws, with prejudice, its Renewed Motion for Sanctions against Plaintiff and Ms. Bailey (ECF No. 47).

Each party is to bear its own costs and attorney fees.

Respectfully submitted,

*/s/ Donyetta D. Bailey (by consent)*
Donyetta D. Bailey (0072433)
Bailey Law Office, LLC
1600 Scripps Center
312 Walnut Street
Cincinnati, Ohio 45202
Telephone: 513-263-6800
Facsimile: 513-263-6801
E-Mail: dbailey@baileylawofficellc.com

***Former Counsel for Plaintiff Jamia Cain Thomas***

*/s/ Rachael L. Israel*
Kerin L. Kaminski (0013522)
Rachael L. Israel (0072772)
In Son J. Loving (0084848)
GIFFEN & KAMINSKI LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-Mail: kkaminski@thinkgk.com
risrael@thinkgk.com
iloving@thinkgk.com

***Counsel for Defendant University Hospitals Cleveland Medical Center***

| | |
|---|---|
| */s/ Richard C. Alkire (by consent)* <br> Richard C. Alkire (0024816) <br> Winter Trimacco Co., LPA <br> Ernst & Young Office Tower <br> 950 Main Avenue, Suite 1210 <br> Cleveland, Ohio 44113 <br> Telephone: 216-675-3300 <br> Facsimile: 216-472-8706 <br> Email: rick@wintertrimacco.com <br><br> *Counsel for Donyetta Bailey* | */s/ Lawrence Mays (by consent)* <br> Lawrence Mays (0038288) <br> 4070 Mayfield Road <br> South Euclid, Ohio 44121 <br> Telephone: 216-208-1287 <br> Email: lawrence.mays@lmayslaw.com <br><br> *Counsel for Plaintiff Jamia Cain Thomas* |

So ordered. /s/Benita Y. Pearson 10/16/20
U.S. District Judge